# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D23-3733
Lower Tribunal No. 2021-DP-73

———————————————

In the Interest of A.S., a child.

M.A.S.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and STATEWIDE GUARDIAN AD LITEM OFFICE,

Appellees.

———————————————

Appeal from the Circuit Court for Osceola County.
Laura Shaffer, Judge.

February 8, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and BROWNLEE, JJ., concur.


David Joffe, of Joffe Law, P.A., Ft. Lauderdale, for Appellant.

Kelley Schaeffer, Appellate Counsel, of Children's Legal Services, Bradenton, for Appellee, Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, of the Statewide Guardian ad Litem Office, Tallahassee, for Appellee, Statewide Guardian ad Litem Office.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED